IN THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Ralph Thrower, | ) | Civil Action No. 5:17-cv-02261-JMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT ORDER OF DISMISSAL** |
| | ) | **OF MICHELIN NORTH** |
| Michelin North America, Inc., Ford Motor Company, TBC Retail Group, Inc. d/b/a NTB-National Tire and Battery, TBC Corporation d/b/a NTB-National Tire and Battery, and Sumitomo Corporation of America d/b/a NTB-National Tire and Battery, | ) | **AMERICA, INC.** |
| Defendants. | ) | |

Upon motion of Defendant Michelin North America, Inc., and with the consent of Plaintiff, through counsel, it is hereby

**ORDERED, ADJUDGED AND DECREED**, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure that the above-captioned matter has been settled and shall be dismissed with prejudice as to Defendant Michelin North America, Inc., with each party to bear its own costs.

**AND IT IS SO ORDERED.**

*[signature: J. Michelle Childs]*

United States District Judge

September 18, 2017
Columbia, South Carolina

WE SO MOVE:

NELSON MULLINS RILEY & SCARBOROUGH, LL.P.

By: *Crystal McCall*
A. M. Quattlebaum, Jr., Esq.
Fed. ID #05052
E-Mail: marvin.quattlebaum@nelsonmullins.com
Crystal C. McCall, Esq.
Fed ID #9522
E-Mail: crystal.mccall@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
104 South Main Street / Ninth Floor
Post Office Box 10084 (29603-0084)
Greenville, SC 29601
(864) 250-2300

*Attorneys for Michelin North America, Inc.*


WE CONSENT:

PETERS, MURDAUGH, PARKER, ELTZROTH & DETRICK, P.A.

By: *Alex B. Cash for Ronnie Crosby*
Ronnie L. Crosby, Esq.
Fed. ID #6311
Austin H. Crosby, Esq.
101 Mulberry Street East
Hampton, SC 29924
(803) 943-2111
rcrosby@pmped.com

Alex B. Cash, Esq.
Fed. ID #5559
Rosen Rosen & Hagood, LLC
151 Meeting Street, Suite 400
Charleston, SC 29401
(843) 577-6726
acash@rrhlawfirm.com

*Attorneys for the Plaintiff*